UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:21-cr-21-3 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| GEORGE MAY, | ) | |
| | ) | |
| | ) | |
| DEFENDANT. | ) | |

This matter is before the Court upon Magistrate Judge Jonathan D. Greenberg Report and Recommendation that the Court ACCEPT the plea of guilty of defendant George May and enter a finding of guilty against defendant. (Doc. No. 46.)

On January 28, 2021, the government filed an Indictment against defendant. (Doc. No. 14.) On March 25, 2021, this Court issued an order assigning this case to Magistrate Judge Greenberg for the purpose of receiving defendant's guilty plea. (Doc. No. 34.)

On April 30, 2021, a hearing was held in which defendant entered a plea of guilty to Counts 1 and 2 of the Indictment, charging him with Conspiracy to Distribute and Posses with Intent to Distribute Controlled Substances, in violation of 21 U.S.C. Section 841(a)(1), (b)(1)(C), (b)(1)(D) and 846 and to Count 2 of the Indictment, charging him with Possession with Intent to Distribute Marijuana, in violation of 21 U.S.C. Section 841(a)(1) and (b)(1)(D). Magistrate Judge Greenberg received defendant's guilty plea and issued a Report and Recommendation ("R&R") recommending that this Court accept the plea and enter a finding of guilty. (Doc. No. 46.)

Neither party objected to the Magistrate Judge's R&R in the fourteen days after it was issued.

Upon *de novo* review of the record, the Magistrate Judge's R&R is ADOPTED. Specifically, the Court finds as follows: that the defendant is competent to enter a plea, that he understands his constitutional rights, that he is aware of the consequences of entering a plea, and that there is an adequate factual basis for the plea. The Court further finds that the plea was entered knowingly, intelligently, and voluntarily. Accordingly, the defendant's plea of guilty is APPROVED.

Therefore, the defendant is adjudged guilty of Counts 1 and 2 of the Indictment. The sentencing will be held by video conference on September 2, 2021 at 10:00 a.m.

**IT IS SO ORDERED**.

Dated: August 17, 2021

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**